**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BM318, LLC,** | § | |
| | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00740-O** |
| | § | |
| **DIXON WATER FOUNDATION and LUMAR LAND & CATTLE, LLC,** | § | |
| | § | |
| | § | |
| **Appellees.** | § | |

**FINAL JUDGMENT**

On September 26, 2022, the Court issued its Order (ECF No. 10), denying BM318, LLC's Motion for Leave to File Interlocutory Appeal (ECF No. 2-1). While BM318, LLC's pending suits may continue before the Bankruptcy Court, the Court's Order is a **FINAL JUDGMENT** that terminates BM318, LLC's appeal before this Court. For purposes of BM318, LLC's appeal, all relief not herein granted is denied.

**SO ORDERED** on this **26th day** of **September, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE